# UNITED STATES DISTRICT COURT

ECF NO. 129

for

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Eastern District of Washington

Jan 09, 2026

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Dumont-Gerber, Alexis Elizabeth | Docket No. | 0980 2:25CR00173-TOR-4 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Alexis Elizabeth Dumont-Gerber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of November 2025, under the following conditions:

**Condition#1:** Defendant shall not commit any offense in violation of federal, state, or local, or tribal law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work fo the United States government or any federal or state law enforcement agency, including tribal agencies, without providing notice to United States Probation. Defendant shall comply with all conditions of supervision imposed by other courts.

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 19, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Dumont-Gerber. Ms. Dumont-Gerber acknowledged an understanding of the release conditions at that time.

**Violation #2:** Alexis Elizabeth Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by being cited for third degree theft on January 8, 2026.

On January 8, 2026, between 9:50 p.m. to 10:22 p.m., the undersigned officer received multiple email notifications that Ms. Dumont-Gerber's name was being inquired in a law enforcement database by the Spokane County Sheriff's Office.

On January 9, 2026, the undersigned officer had a text message conversation with Ms. Dumont-Gerber. During that text message conversation, Ms. Dumont-Gerber reported she was attempting to steal a pair of leggings from a Walmart store in Spokane, Washington. She advised she had law enforcement contact due to her attempted theft. Subsequently, Ms. Dumont-Gerber sent the undersigned officer a photograph of her criminal citation for third degree theft. The citation instructed Ms. Dumont-Gerber to appear before the Spokane Municipal Court on January 21, 2026.

**Violation #3:** Alexis Elizabeth Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, fentanyl and norfentanyl on December 15, 2025.

On December 15, 2025, Ms. Dumont-Gerber reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine and fentanyl. Ms. Dumont-Gerber signed a substance abuse admission form acknowledging her use of those substances on or about December 11, 2025, which would be residual from previous drug use that has been reported to the Court (CM/ECF No. 106). Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On December 20, 2025, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

On December 24, 2025, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #4:** Alexis Elizabeth Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine and fentanyl on December 24, 2025.

On December 24, 2025, Ms. Dumont-Gerber reported to Pioneer Human Services to participate in a substance use disorder assessment. As a part of the assessment, Ms. Dumont provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine and fentanyl. Ms. Dumont-Gerber signed a substance abuse admission form acknowledging she used the aforementioned illicit substances on or about December 24, 2025. Additionally, the urine specimen was also sent to Alere for further analysis.

On December 31, 2025, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl.

On January 2, 2026, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #5:** Alexis Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine, fentanyl and norfentanyl on December 30, 2025.

On December 30, 2025, Ms. Dumont-Gerber reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Ms. Dumont-Gerber provided a urine specimen that tested presumptive positive for the presence of amphetamine, methamphetamine, MDMA and fentanyl. Ms. Dumont-Gerber denied using any illicit substances since December 11, 2025. Subsequently, the sample was sent to Alere for further analysis.

On January 4, 2026, Alere confirmed the above-noted urine specimen tested positive for the presence of fentanyl and norfentanyl.

On January 7, 2026, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #6:** Alexis Dumont Gerber is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine and fentanyl on or about January 8, 2025.

On January 8, 2026, Ms. Dumont-Gerber reported to Pioneer Human Services to participate in an updated substance use disorder assessment due to ongoing drug use. As a part of the assessment, Ms. Dumont-Gerber provided a urine specimen that tested presumptive positive for the presence of methamphetamine, amphetamine, methylenedioxymethamphetamine (MDMA) and fentanyl. Subsequently, Ms. Dumont-Gerber signed a substance abuse admission form acknowledging her use of those illicit substances on or about January 8, 2026.

Later on January 8, 2026, the undersigned officer also spoke to Ms. Dumont-Gerber telephonically about her ongoing drug use. Ms. Dumont-Gerber advised her last use of methamphetamine and fentanyl was on January 7, 2026.

Re: Dumont-Gerber, Alexis Elizabeth
January 9, 2026
Page 3

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: January 9, 2026 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[✔]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✔]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

January 9, 2026
Date