PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

ECF No 106
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 17, 2025
SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Dumont-Gerber, Alexis Elizabeth | Docket No. | 0980 2:25CR00173-TOR-4 |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alexis Elizabeth Dumont-Gerber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of November 2025, under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 19, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Dumont-Gerber. Ms. Dumont-Gerber acknowledged an understanding of the release conditions at that time.

**Violation #1:** Alexis Elizabeth Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting fentanyl and methamphetamine on December 11, 2025.

On December 15, 2025, Ms. Dumont-Gerber reported to Pioneer Human Services and submitted a urine specimen that tested presumptive positive for the presence of fentanyl, amphetamine and methamphetamine. Subsequently, Ms. Dumont-Gerber signed a substances abuse admission form acknowledging she ingested the aforementioned substances on or about December 11, 2025.

On December 16, 2025, Ms. Dumont Gerber reported to the U.S. Probation Office and met with the undersigned officer. During that meeting, Ms. Dumont-Gerber again admitted she smoked methamphetamine and fentanyl on December 11, 2025, in which she signed another substance abuse admission form acknowledging her use of these substances.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

| | | |
|---|---|---|
| . | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: December 17, 2025 |
| | by | s/Erik Carlson |
| | | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Dumont-Gerber, Alexis Elizabeth
December 17, 2025
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

December 17, 2025
Date