PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2026

SEAN F. MCAVOY, CLERK

ECF No. 163

U.S.A. vs.          Dumont-Gerber, Alexis Elizabeth          Docket No.     0980 2:25CR00173-TOR-4

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Alexis Elizabeth Dumont-Gerber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of November 2025, under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 19, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Dumont-Gerber. Ms. Dumont-Gerber acknowledged an understanding of the release conditions at that time.

**Violation #1:** Alexis Elizabeth Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by ingesting methamphetamine on or about March 23, 2026.

On March 24, 2026, Ms. Dumont-Gerber contacted the undersigned officer via text messaging and admitted she ingested methamphetamine on or about March 23, 2026.

Subsequently, Ms. Dumont-Gerber reported to the U.S. Probation Office and met with the undersigned officer on March 24, 2026. During that meeting, Ms. Dumont-Gerber signed a substance abuse admission form acknowledging her use of methamphetamine on or about March 23, 2026.

PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:     March 26, 2026 |
| by | s/Erik B. Carlson |
| | Erik B. Carlson
U.S. Pretrial Services Officer |

PS-8

**Re: Dumont-Gerber, Alexis Elizabeth**
**March 26, 2026**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

_____
Date