PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 30, 2026**

SEAN F. MCAVOY, CLERK

ECF No. 167

U.S.A. vs.        Dumont-Gerber, Alexis Elizabeth            Docket No.        0980 2:25CR00173-TOR-4

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Alexis Elizabeth Dumont-Gerber, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 10th day of November 2025, under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 19, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Dumont-Gerber. Ms. Dumont-Gerber acknowledged an understanding of the release conditions at that time.

**Violation #2:** Alexis Elizabeth Dumont-Gerber is alleged to have violated the conditions of pretrial release supervision by possessing a plastic bag containing methamphetamine residue on her person on March 27, 2026.

On March 27, 2026, Ms. Dumont-Gerber reported to the U.S. Probation Office and was taken into custody on a warrant previously issued by the Court for an alleged violation of her pretrial release supervision. Upon being taken into custody by the U.S. Marshals Service, Ms. Dumont-Gerber's person was searched incident to arrest. During that search, a plastic bag containing a white residue was located on Ms. Dumont-Gerber's person. She acknowledged the plastic bag had contained methamphetamine.

A preliminary test of the white residue contained in the plastic bag revealed a presumptive positive result for amphetamine.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        March 30, 2026

by        s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

PS-8

**Re: Dumont-Gerber, Alexis Elizabeth**
**March 30, 2026**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

March 30, 2026
_____
Date